**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | The Honorable Steven C. Mannion |
| v. | : | |
| | : | Mag. No. 13-6029 (SCM) |
| HENRY CARCAMO | : | |
| a/k/a Henry Carcano | : | DETENTION ORDER |
| a/k/a Henri Carcamo | : | |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Danielle M. Corcione, Assistant United States Attorney, appearing), in the presence of Candace Hom, Assistant Federal Public Defender, attorney for defendant Henry Carcamo, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant Carcamo without bail pending trial in the above-entitled matter, and the Court having considered the presentations of counsel on April 8, 2013, and defendant Carcamo having temporarily waived his right to present further information to the Court, the Court makes the following findings:

1. On April 5, 2013, defendant Carcamo was charged by complaint with Illegal Reentry into the United States after Previously being Removed after Conviction for an Aggravated Felony, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2) and Title 18, United States Code, Section 2.

2. Counsel for defendant Carcamo has conceded at defendant Carcamo's initial appearance on April 8, 2013, that at this time no bail package is available that will reasonably assure the appearance of defendant Carcamo and the safety of the community as required.

3. There is presently an Immigration and Customs Enforcement detainer against defendant Carcamo.

4. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court finds that no condition or combination of conditions will reasonably assure the appearance of defendant Carcamo and the safety of the community as required.

IT IS, therefore, on this 11th day of April 2013,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Carcamo be committed to the custody of the Attorney General or his authorized representative pending trial; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Carcamo be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Carcamo be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Carcamo shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Carcamo without bail pending trial is hereby granted, and defendant Carcamo is hereby ordered detained pending trial in the above-entitled matter.

~~THE HONORABLE STEVEN C. MANNION~~
United States Magistrate Judge